UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------------------------------

TRUSTEES OF THE UNITED UNION OF ROOFERS,                    )
WATERPROOFERS & ALLIED WORKERS                             )    Index No.: 25-8591 (KMK)
LOCAL UNION NO. 8 WELFARE , SUMMER BENEFIT,                 )
WINTER BENEFIT, PENSION, ANNUITY, LABOR                     )
MANAGEMENT COMMITTEE, ROOFING INDUSTRY                      )
PROMOTION, JOINT APPRENTICESHIP TRAINING,                   )
and RESEARCH AND EDUCATION FUNDS                            )
and UNITED UNION OF ROOFERS, WATERPROOFERS                  )
& ALLIED WORKERS LOCAL UNION NO. 8,                         )    DEFAULT JUDGMENT
                                                           )
                        Plaintiffs,                        )
                                                           )
            -against-                                       )
                                                           )
S & N BUILDERS, INC.,                                       )
                                                           )
                        Defendants.                        )
                                                           )
-------------------------------------------------------------------------------------------------------------

This action having been commenced on October 17, 2025, by the filing of the Summons and

Complaint, and a copy of the Summons and Complaint having been served on the Defendant, S & N

Builders, Inc., on November 3, 2025, via NYS Secretary of State and said Proof of Service having

been filed with the Clerk of the Court on November 11, 2025, and the Defendant not having appeared,

answered or otherwise moved with respect to the Complaint within the time allowed by law, and the

time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against

Defendant in the liquidated amount of ($̶1̶0̶,̶8̶9̶4̶.̶2̶2̶) $10,798.98, which includes the following: contributions due

and owing in the sum of $6,653.34 for the period June 1, 2024 through to and including July 31,

2024; interest in the sum of $745.27 calculated at 8% per annum for the period from its due date

through to December, 2025; liquidated damages in the sum of $665.33 calculated at 20% of the

principal contribution amount owed; attorneys' fees in the sum of $2,290.00; plus court costs and

$445.04

disbursements of this action in the sum of $~~5540.38~~.

ORDERED, that the Defendant permit and cooperate in the conduct of an audit of all of its books and records including, but not limited to, all payroll journals, business income tax returns, general ledger and journal, books of original entry, subsidiary ledgers, payroll records, bank statements, and cancelled checks, W-2 and W-3 forms, 940, 941, WT4-A and WT4-B forms, 1099 forms, New York State employment report, insurance reports, disability insurance reports, Workers Compensation report forms and remittance reports for the period January 1, 2021 through September 30, 2025 in accordance with the Agreement and directing that the Court retain jurisdiction for the limited purpose of permitting Plaintiffs to make an application to amend the judgment should the Defendant comply with the audit and to include the additional amounts determined by the audit to be due and owing, together with the interest, liquidated damages, auditors' fees and attorneys' fees.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
        April 9 , 2026

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.